IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA RICHTER,<br><br>    Petitioner,<br><br>vs.<br><br>RODNEY HICKMAN, ET AL.,<br><br>    Respondents.<br>CHRISTIAN BRANSCOMBE,<br><br>    Petitioner,<br><br>vs.<br><br>ERNIE ROE, ET AL.,<br><br>    Respondents. | Case No. S-01-cv-00643-JKS,<br>(*consolidated with*, S-01-cv-0963-JKS)<br><br>**JUDGMENT<br>IN A § 2254 CASE** |

\_\_\_ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioners' applications for relief pursuant to 28 U.S.C. § 2254 are **DISMISSED**.

APPROVED:

/s/ James K. Singleton, Jr.            JACK WAGNER

 JAMES K. SINGLETON, JR.          Clerk
  United States District Judge
March 24, 2006
    Date               (By) Deputy Clerk